IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN THOMAS BURNETTE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:23-cv-183-RAH-JTA |
| | ) | |
| ALAN COHEN, | ) | |
| | ) | |
| Respondent. | ) | |

## **ORDER**

Respondent has filed a response addressing the claims for relief presented in Petitioner's 28 U.S.C. § 2241 habeas corpus petition. (Doc. No. 15.) Respondent contends that the petition should be denied because (1) Petitioner is not yet eligible to apply FSA time credits to his sentence; (2) the BOP has correctly calculated Petitioner's credits; and (3) BOP home confinement decisions are not reviewable. Accordingly, it is

ORDERED that, on or before **May 25, 2023**, Petitioner may file a reply to Respondent's response (Doc. No. 15) and accompanying exhibits. Any documents or evidence filed after this date will not be considered by the Court except upon a showing of exceptional circumstances. At any time after this deadline, the Court will determine whether an evidentiary hearing is necessary. If an evidentiary hearing is not required, the Court will dispose of the petition as justice requires. *See* Rule 8(a), *Rules Governing Section 2254 Cases in the United States District Courts*.

In his reply, Petitioner should show cause why his petition should not be denied for the above reasons cited by Respondent. When replying to Respondent's filings, Petitioner

may file sworn affidavits, declarations under penalty of perjury, or other documents to support his claims.[1] Affidavits or declarations should set forth specific facts that demonstrate Petitioner is entitled to relief on the grounds presented in the habeas corpus petition. If documents that have not previously been filed with the Court are referenced in the affidavits, sworn or certified copies of those papers must be attached to the affidavits or served with them. If Petitioner challenges Respondent's response by use of affidavits or other documents, the Court will, at the appropriate time, consider whether to expand the record to include those materials. *See* Rule 7, *Rules Governing Section 2254 Cases in the United States District Courts*. Petitioner is advised that, if he fails to file a reply within the time allowed herein, the Court will consider the merits of the petition absent his reply.

DONE this 4th day of May, 2023.

/s/ Jerusha J. Adams
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE

---

[1] An affidavit is a written statement sworn to by the affiant under oath or on affirmation before a notary public or other authorized officer. If a notary or authorized officer is not available, Plaintiff may support his reply with a statement made under penalty of perjury as allowed by well-established federal law. *See* 28 U.S.C. § 1746 (allowing a party to support a matter with a written declaration, certificate, verification, or statement subscribed as true under penalty of perjury in substantially the following form if executed in the United States, its territories, possessions, or commonwealths: "I declare [or certify, verify, or state] under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on [date]. [Signature]"). The affidavit or certified or verified statement must be made on personal knowledge, must state facts admissible in evidence, and must show affirmatively that the affiant is competent to testify to the matters in the affidavit.